UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 14-12779-RGS

ARTHUR FANO

v.

UMASS CORRECTIONAL HEALTH CARE, et al.

MEMORANDUM AND ORDER

November 20, 2014

STEARNS, D.J.

Plaintiff Arthur Fano originally filed a joint compliant that was part of a multi-plaintiff civil rights action. See Stote, et al. v. UMASS Correctional Health Care, et al., C.A. No. 13-10267-NMG (the "2013 action"). The 2013 action was initiated by MCI Norfolk inmate John E. Stote concerning alleged inadequate medical care at MCI Norfolk. On June 25, 2014, the judge assigned to the 2013 action severed the individual prisoner claims into separate cases. See No. 13-10267-NMG, 06/25/2014 Memorandum and Order (the "June Order), Docket #20.

Pursuant to the directives of the June Order, the Clerk opened a new case for Fano. See Docket, 14-12779-RGS. The June Order was mailed to Fano. Id. Because Fano has not responded to the Court's order, a deputy clerk contacted MCI Norfolk. The deputy clerk was advised that Fano passed away on March 20, 2014, before the assignment of this action.

Pursuant to Fed. R. Civ. P. 25(a)(1),

> If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If a motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed.

Fed. R. Civ. P. 25(a)(1).

## ORDER

ACCORDINGLY, for the reasons stated above, it is hereby Ordered that this action is DISMISSED based on Plaintiff's death without any motion for substitution having been made by any party or by Plaintiff's successor or representative. The Clerk may now close this case.

SO ORDERED.

/s/ Richard G. Stearns
UNITED STATES DISTRICT JUDGE